TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-00-00816-CV






Omni General Agency, Inc., Appellant



v.



Dan Legg, Appellee






FROM THE DISTRICT COUNTY OF MILAM COUNTY, 20TH JUDICIAL DISTRICT


NO. 27,130-A, HONORABLE CHARLES E. LANCE, JUDGE PRESIDING 







PER CURIAM

 Appellant Omni General Agency, Inc. and appellee Dan Legg filed a joint motion
to dismiss this appeal. The parties have requested that this Court vacate the trial court's judgment
and dismiss the appeal pursuant to a settlement agreement. We grant the motion, vacate the
judgment of the trial court, and dismiss the cause. Tex. R. App. P. 42.1(a)(2).


Before Justices Kidd, B. A. Smith and Puryear

Judgment Vacated and Cause Dismissed on Joint Motion

Filed: August 30, 2001

Do Not Publish